# EXHIBIT A

public service

Major General
Marquis De la Fayette

Rhode Island

My Dear Marquis

We have just received advice from New York through different channels that the enemy are making an embarkation with which they menace the French fleet and army. Fifty have sailed and it is said to have gone up the Sound. Kings to take in troops and proceed directly to Rhode Island. The General is about to Rhode Island and may not return before energy though they may be only a demonstration yet as it may be serious, I think it best to forward it without waiting the Generals return. We have just some account from New York of an action in the West Indies in which the English left private ships — I am inclined to credit him.

Adieu My Dear Marquis
I am very affectionately
A Hamilton

H. Qrs
July 21st 80

with the truest affection

My Dear Marquis:

    We have just received advice from New York through different channels that the enemy are making an embarkation with which they menace the French fleet and army. Fifty transports are said to have gone up the Sound to take in troops and proceed directly to Rhode Island.

    The General is absent and may not return before evening. Though this may be only a demonstration yet as it may be serious, I think it best to forward it without waiting the General's return.

    We have different accounts from New York of an action in the West Indies in which the English lost several ships - I am inclined to credit them.

    I am, My Dear Marquis, with the truest affection

                  Y. Most Obed.

                    A. Hamilton
                    Aide De Camp

Hd. Qr.
July 21st
Major General
  Marquis De la Fayette
    Rhode Island