# EXHIBIT B

382

My Dear Marquis /

We have just received
advice from New York through different
channels that the enemy are making
an embarkation with which they menace
the French fleet and army. Fifty transports
are said to have gone up the ~~Sound~~ I Sound
to take in troops and proceed directly
to Rhode Island.     The General is absent
and may not return before evening—
Though this may ~~only~~ be only a demon-
stration yet as it may be serious, I
think it best to forward it without waiting
the Generals return.

             We have ~~several~~ different accounts
from New York of an action in the
West Indies in which the English lost
several ships— I am inclined to credit
them.

             But I am My Dear Marquis
with the truest affection

                      Y. most Obed
                      A Hamilton
                      Aid de Camp

H. Qr
July 21st 80