UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 19-11121 |
| ) | |
| LETTER FROM ALEXANDER ) | |
| HAMILTON TO THE MARQUIS DE ) | |
| LAFAYETTE DATED JULY 21, 1780 ) | |
|     Defendant. ) | |

## WARRANT AND MONITION

To: The United States Marshal for the District of Massachusetts, or his Deputies

<u>You Are Hereby Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as:

    a.    Letter from Alexander Hamilton to the Marquis de Lafayette dated July 21, 1780 (the "Hamilton Letter").

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

    (1)    Publishing notice of the United States' intent to forfeit the Defendant Properties via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

    (2)    Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Ann-Stewart Boss
2868 Captain Sam's Road
Seabrook Island, SC 29455

Estate of R. E. Crane
c/o Attorney William B. Swent
Fox Rothschild LLP
2 W. Washington Street, Suite 1100
Greenville, SC 29601

        Massachusetts State Archives
        Attn: Rebecca S. Murray, Supervisor of Records
        Public Records Division
        Office of the Secretary of the Commonwealth
        One Ashburton Place, Room 1719
        Boston, MA 02108

<u>You Are Further Commanded</u> to arrest, attach, inspect, and retain the Hamilton Letter in your custody until further order of this Court.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Hamilton Letter, or assert that the Hamilton Letter should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE HAMILTON LETTER MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS

AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION, 201 MAPLE STREET, CHELSEA, MASSACHUSETTS, 02150, ATTENTION: ASSET FORFEITURE.

Robert M. Farrell, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: _____May 16_____, 2019

APPROVED AND SO ORDERED:

_____
United States Magistrate Judge