UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     Plaintiff, )<br> )<br>  v. )<br> )<br>LETTER FROM ALEXANDER HAMILTON )<br>TO THE MARQUIS DE LAFAYETTE DATED )<br>JULY 21, 1780 )<br>     Defendant. ) | Civil No. 19-11121-JGD |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE A CLAIM TO CIVIL COMPLAINT**

  The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully requests an approximately thirty (30) day extension to July 26, 2019 for Ann-Stewart Boss, the Estate of R.E. Crane, and/or the Massachusetts State Archives (the "Interested Parties") to file a claim in the above-captioned matter.  On May 15, 2019, the United States filed a Verified Complaint for Forfeiture *in Rem* (the "Complaint").  *See* Docket No. 1.  On May 16, 2019, the Court issued the Warrant and Monition.  *See* Docket No. 4.  All known interested parties as identified in the Warrant and Monition were served a copy of the Complaint and the Warrant and Monition.  *See* Docket No. 6.  Pursuant to Supp. Rule G(5)(A), (B), a person who asserts an interest in the defendant property may contest the forfeiture by filing a claim within thirty-five (35) days after receipt of actual notice, and an answer must be filed within twenty-one (21) days of the claim being filed.  Therefore, any claims of interest should be filed on or about June 26, 2019.

  As reason for this request, the United States and the Interested Parties have entered into settlement discussions to resolve this matter.  An additional thirty days will allow those discussions to continue.

Pursuant to Supp. Rule G (5)(a)(ii), the Court may, for good cause, set a different time for a claim and answer to be filed. Accordingly, the United States respectfully requests that the claim deadline be extended to and including July 26, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Carol E. Head*
CAROL E. HEAD, B.B.O. # 652170
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: June 18, 2019                     carol.head@usdoj.gov

## CERTIFICATE OF SERIVCE

I hereby certify that the foregoing Motion, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Carol E. Head*
CAROL E. HEAD
Dated: June 18, 2019                     Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Carol E. Head, Assistant United States Attorney, certify that I spoke with Ernest E. Badway, Esq., counsel for Ann-Stewart Boss and the Estate of R. E. Crane, and Rebecca S. Murray and Laurie Flynn, Esq., on behalf of the Massachusetts State Archives, and they have assented to this motion.

*/s/ Carol E. Head*
CAROL E. HEAD
Dated: June 18, 2019                     Assistant United States Attorney