UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 19-11121-JGD |
| | ) | |
| LETTER FROM ALEXANDER HAMILTON | ) | |
| TO THE MARQUIS DE LAFAYETTE DATED | ) | |
| JULY 21, 1780 | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR SECOND EXTENSION OF TIME
TO FILE A CLAIM TO CIVIL COMPLAINT**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney

for the District of Massachusetts, and the Massachusetts State Archives, Ann-Stewart Boss, and

the Estate of R.E. Crane (the "Interested Parties") jointly request an additional thirty-one (31) day

extension, up to and including August 26, 2019, for the Massachusetts State Archives, Ann-

Stewart Boss and/or the Estate of R.E. Crane—and only these Interested Parties—to file a claim

in the above-captioned matter.

On May 15, 2019, the United States filed a Verified Complaint for Forfeiture *in Rem* (the

"Complaint"). *See* Docket No. 1. On May 16, 2019, the Court issued the Warrant and Monition.

*See* Docket No. 4. All known interested parties as identified in the Warrant and Monition were

served a copy of the Complaint and the Warrant and Monition. *See* Docket No. 6. Pursuant to

Supp. Rule G(5)(A), (B), a person who asserts an interest in the defendant property may contest

the forfeiture by filing a claim within thirty-five (35) days after receipt of actual notice, and an

answer must be filed within twenty-one (21) days of the claim being filed. In addition, notice of

the civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for at

least 30 consecutive days, beginning on May 18, 2019 and ending on June 16, 2019, as required

by Supp. Rule G(4)(a)(iv)(C).  *See* Docket No. 10.  On June 19, 2019, this Court extended the

claim deadline for the Interested Parties to and including July 26, 2019.  *See* Docket No. 8.

As reason for this second extension request, the United States and the Interested Parties are

continuing settlement discussions to resolve this matter.  Allowing the Interested Parties—and

only the Interested Parties—an additional thirty-one days, up to and including August 26, 2019, to

file a claim will allow those settlement discussions to continue.

Pursuant to Supp. Rule G (5)(a)(ii), the Court may, for good cause, set a different time for

a claim and answer to be filed.  Accordingly, the United States and the Interested Parties

respectfully request that the claim deadline for the undersigned Massachusetts State Archives,

Ann-Stewart Boss and Estate of R.E. Crane be extended to and including August 26, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Carol E. Head*
        CAROL E. HEAD, B.B.O. # 652170
        Assistant United States Attorney
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        carol.head@usdoj.gov

MASSAHCUSETTS STATE ARCHIVES

By:   */s/ Laurie Flynn*
        Laurie Flynn
        Chief Legal Counsel
        Office of the Secretary of the
                Commonwealth
        One Ashburton Place, Room 1711
        Boston, Massachusetts 02108
        (617)727-4919
        laurie.flynn@sec.state.ma.us

ANN-STEWART BOSS and
ESTATE OF R.E. CRANE

By:   */s/ Ernest Edward Badway*
        Ernest Edward Badway
        Fox Rothschild LLP
        101 Park Avenue, Suite 1700
        New York, NY 10178
        (212) 878-7986
        ebadway@foxrothschold.com

Dated: July 22, 2019

## CERTIFICATE OF SERIVCE

I hereby certify that the foregoing Motion, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney

Dated: July 22, 2019