## Letters &c. cont.

| Pages | | | Date |
|---|---|---|---|
| 6 to 369 | The Council | to Pres.t of (Meshech Weare) N.H. | July 24, 1780 |
| 370–371 | General Court | " Delegates at Congress | " " " |
| 372–375 | Com.ee of Springfield | " the Council | " " " |
| 376–378 | James Lovell & S. Holten to Mess.rs Cushing and Danielson with a Resolve. | | " 25 " |
| 379 (front) | Gen.l De Rochambeau to (calling for militia for Newport) | | " " " |
| 380 | Gen. William Heath to the Council in support of Rochambeau's request | | " " " |
| 382 | (with a letter (382) from Alexander Hamilton to Marquis de Lafayette) | | " " " |
| 383–384 | L.t Gov. Jabez Bowen to the Council with a letter from Henry Babcock | | " " " |
| 385 | The Council | to Com.ee of Springfield | " 26 " |
| 386 | " | " Gen. W.m Heath | " " " |
| 387–388 | " | " Delegates at Congress | " " " |
| 389–390 | Gen.l William Heath | " the Council | " " " |
| 391 | Josiah Bartlett | " " " | " " " |
| 392–394 | Ephraim Blaine | " Mr. Phelps | " " " |
| 395–396 | Gov. W. Greene | " the Council | " " " |
| 397–398 | Gen. Jn.o Paterson | " " " | " 27 " |
| 399–400 | The Council | " Count De Rochambeau | " " " |
| 401 | " | " Major Gen. Heath | " " " |
| 402 | Baron Gen. Steuben | " the Council | " " " |
| 403–404 | Sec.y of Congress (Chas. Thomson) | " " " | " 28 " |
| 405 | Pres. of Congress (Sam.l Huntington) | " " " | " " " |
| 406 | Representation of Stephen Badlam (about towns deficient quotas) | | " " " |
| 407 | Gen. Steuben (mutilated) to the Council | | " " " |
| 408–409 | L.t William Gordon " " " | | " 27 " |
| 410 | Mons.r De Valnais " " " | | " " " |

FROM VOL. (PHOTOSTAT)