# Founders Online

## From Alexander Hamilton to Marquis de Lafayette, [21 July 1780]

### To Marquis de Lafayette [1]

My Dear Marquis                                                    [Preakness, New Jersey, July 21, 1780]

We have just received advice from New York through different channels that the enemy are making an embarkation with which they menace the French fleet and army. Fifty transports are said to have gone up the Sound to take in troops and proceed directly to Rhode Island.

The General is absent and may not return before evening. Though this may be only a demonstration yet as it may be serious, I think it best to forward it without waiting the Generals return.

We have different accounts from New York of an action in the West Indies in which the English lost several ships. I am inclined to credit them. [2]

I am My Dear Marquis   with the truest affection   Yr. Most Obedt

                                                                        A Hamilton   Aide De Camp

Hd. Qrs.
July 21st 80

ALS, reproduced from a photostat of a missing original, Massachusetts State Archives, Boston; ADf, in writing of James McHenry, George Washington Papers, Library of Congress.

1. Lafayette was at Danbury, Connecticut, when this letter was written.

2. On July 18, 1780, Major Benjamin Tallmadge wrote to Washington: "I am informed (via L. Island) that an Express-Boat arrived at N.Y. on the 13th. inst. from the Wt Indies, announcing a compleat Victory obtained over the English fleet by the French in those Seas; in which action, it was said, the former lost 7 or 8 capital Ships" (George Washington Papers, Library of Congress). Although there were three British-French naval encounters in the West Indies between Rodney and Luc-Urbain de Bouëxic, Comte de Guichen, in the spring of 1780 (April 17, May 15, and 19) none of them resulted in the tremendous loss described by Tallmadge.

PERMALINK https://founders.archives.gov/documents/Hamilton/01-02-02-0775
  What's this?

*Note:* The annotations to this document, and any other modern editorial content, are copyright © Columbia University Press. All rights reserved.

Back to top

| | |
|---|---|
| SOURCE PROJECT | Hamilton Papers |
| TITLE | From Alexander Hamilton to Marquis de Lafayette, [21 July 1780] |
| AUTHOR | Hamilton, Alexander |
| RECIPIENT | Lafayette, Marie-Joseph-Paul-Yves-Roch-Gilbert du Motier, marquis de |
| DATE | 21 July 1780 |
| CITE AS | "From Alexander Hamilton to Marquis de Lafayette, [21 July 1780]," *Founders Online,* National Archives, last modified June 13, 2018, http://founders.archives.gov/documents/Hamilton/01-02-02-0775. [Original source: *The Papers of Alexander Hamilton,* vol. 2, *1779–1781,* ed. Harold C. Syrett. New York: Columbia University Press, 1961, pp. 362–363.] |

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documentary sources, relating to the history of the United States, and research and development projects to bring historical records to the public.

Founders Online is an official website of the U.S. government, administered by the National Archives and Records Administration through the NHPRC, in partnership with the University of Virginia Press, which is hosting this website.