# The Commonwealth of Massachusetts

## Department of the Attorney General

### State House, Boston 33

Francis E. Kelly
Attorney General

Boston, February 27, 1950

This office is presently investigating the loss or theft from the Massachusetts Archives of a great many valuable historical documents which are irreplaceable. The facts discovered in the course of the investigation, to date, lead us to believe that some or all of these documents may have been taken from the Archives by a former employee. They also disclose that this former employee either sold or offered some or all of the documents for sale to dealers in rare books and documents.

Set out below is a list of some of the more important and valuable documents which are missing. Copies of the list are being sent to the leading rare book and document dealers. We would appreciate it if you would examine this list and inform us whether any of the items have been offered to you for sale and, if so, by whom. If you have purchased any of this material, will you kindly inform us immediately of the name of the person from whom it was purchased, whether you still retain possession of it, and, if you do not, the name of the person to whom it was sold by you.

FRANCIS E. KELLY, Attorney General

By:   TIMOTHY J. MURPHY
      Assistant Attorney General

Letter from Col. Peter Schuyler to Col. Samuel Partridge relative to the daughter of Rev. Williams of Deerfield, a captive among the Indians in Canada. dated Albany, Feb. 18, 1706/7.

Letter from Col. Peter Schuyler to Col. Samuel Partridge stating that the Canada Indians were on their way to attack New England settlements, dated Albany, Aug. 11, 1707.

Letter from Col. Peter Schuyler to Col. Samuel Partridge enclosing account of Capt. Jonas Dow for entertainment and care of a French prisoner, dated Albany, Aug. 29, 1720.

\* \* \* \* \* \*

Reconnaissance of Crown Point by R. Rogers, Israel Putnam and Jona. Butterfield, dated October 14, 1775.

Letter from Robert Roger to Gov. Shirley, dated July 1765.

R. R. report of information of enemy's movements furnished by a prisoner dated July 16, 1756. 

Letter from Benjamin Franklin to Thomas Cushing dated London, December 24, 1770.

Letter from Benjamin Franklin to Thomas Cushing, dated London, January 13, 1772.

Letter from Benjamin Franklin to Thomas Cushing, Speaker, dated London, February 15, 1774.

\* \* \* \* \* \*

Letter from Col. Benedict Arnold (wounded and in hospital at Quebec and written while his army was fighting) to Gen. Wooster dated Dec. 31, 1775.

Printed Resolve of Continental Congress of Instructions to officers dated Jan. 17, 1776.

\* \* \* \* \* \*

Letter of George Washington relative to the manner in which the inhabitants are coming out of Boston. Dated July 29, 1775.

Letter to Dr. Church from Elbridge Gerry relative to sending supplies for the army and workmen for Col. Gridley. Dated July, 1775.

Letter to B. Greenleaf and others from General Washington transmitting his instructions from the Continental Congress. Aug. 4, 1775.

Letter to Col. Joseph Palmer from John Adams relative to the sending of reports of Committees and accounts and vouchers of the expenses incurred.

\* \* \* \* \* \*

Deposition of John Cochran formerly seaman on board a British man of war, relative to Capt. Perkins's dealings with the British. April 12, 1776.

Letter to the Council from General Washington relative to his plans for fortifying Dorchester Heights. Feb. 26, 1776.

* * * * * *

Letter from Gen. Horatio Gates to Major Hawley relative to the inoculation of the Militia, dated Ticonderoga, Aug. 10, 1776.

Letter from Mesheck Weare to James Bowdoin in reply to his letter of Aug. 16 and Aug. 17, 1776, dated Hampton Falls, Aug. 18, 1776.

* * * * * *

Lettet from Gen. Washington to the Committee of Safety relative to the employment of Richard Carpenter by Massachusetts, dated Morristown, Jan. 24, 1777.

* * * * * *

Copy of a letter from Col. Anthony Wayne to ------ asking that reinforcements be sent him, dated Ticonderoga, April 23, 1777.

Letter from Gen. Washington to Hon. James Bowdoin, relative to the movements of Gen. Howe, dated Morristown, July 7, 1777.

Letter from Gen. Washington to the President of the Council relative to the destination of the Mass. Troop, dated Headquarters, Aug. 2, 1778.

* * * * * *

Letter from Gen. Washington to the President of the Council relative to the movements of Gen. Howe's fleet, dated Germantown, Aug. 10, 1777.

Letter from Gen. Washington to the President of the Council relative to the British prisoners of War, dated Camp at White Marsh, Nov. 5, 1777.

Letter from Count D'Estaing dated Sept. 19, 1778 on Sauveur's death.

Letter in French from Count D'Estaing, Oct. 23, 1778.

Lafayette to the Council, Jan. 6, 1779.

* * * * * *

Letter of Robert Rogers to Capt. Isaac Mann inviting Canadian enlistments into H. M. Service, May 30, 1779.

Letter from Paul Revere to the Council asking that an Artillery Officer be appointed President of his court martial, Sept. 9, 1779.

Letter from General Horatio Gates to Gen. Heath re Conventioners to be brought to Boston, dated Providence, May 4, 1779.

Letter from General Horatio Gates to Jeremiah Powell. (Expects total expulsion of enemy), dated Sept. 6, 1779.

John Proud's letter re the French Fleet (43 ships).

Letter from George Washington to the Council dated May 24, 1779 re Court martials of Lt. Cols. Mason and Smith.

Letter from George Washington to the Council dated Sept. 7, 1779, states that he forwarded the packet for the Pres. of Congress and thanks them for their congratulations upon our late success.

* * * * * *

Letter from George Washington to the Council dated June 2, 1780 re additional militia and supplies for the army.

Letter from Von Steuben to Council dated July 27, 1780 State that army from France has arrived.

* * * * * *

Letter from George Washington to James Bowdoin dated Aug. 8, 1780 on return of British force to New York and probable order of DeRochambeau of 3 months militia to North River, powder from French Admiral, etc.

Letter from George Washington (signed) to Gov. Hancock requesting clothing for the troops dated Nov. 10, 1780.

- 5 -

Letter from George Washington to Gov. Hancock dated June 1, 1781, asks for 500 troops from Mass.

Letter from George Washington to Gen. Heath dated June 8, 1781. Plan of campaign settled, Army needs rum, clothing, etc.

\* \* \* \* \* \*

Letter of George Washington to Gov. Hancock dated Aug. 10, 1782 introducing Gen. deChoisey designated commander of proposed expedition to the Penobscott.

Letter of George Washington to Gov. Hancock expressing disapproval of Penobscott expedition, dated Aug. 10, 1782.

\* \* \* \* \* \*