*...in an all-embracing circle where nations live as one.* —Charles L. H. Wagner.

# Boston Post



| PAGE INDEX TO FEATURES | |
|---|---|
| Aladdin's Lamp.. 7 | Financial....14, 15 |
| Classified....16, 17 | Radio, TV ....12 |
| Comics ........12 | Sports....8, 9, 10 |
| Crossword ......10 | Theatres ......11 |
| Editorials ......6 | $20,000 Contest.13 |

SATURDAY, MARCH 18, 1950. ****   Established 1831   EIGHTEEN PAGES—FIVE CENTS

# HISTORIC PAPERS OF BAY STATE STOLEN

## Letters Written and Signed by Such Figures as Washington, Revere, Franklin and Benedict Arnold Gone From Archives in State House----Book Treasures From Harvard's Widener Library Also Taken----Two Thefts by Same Man



STATE ARCHIVIST WITH COPIES OF STOLEN DOCUMENTS
James F. Kane of Chelsea, State archivist, is shown with copies of two documents stolen from the State House. Stairway in back leads to the priceless archive files of ancient documents, where alleged thief was employed.

### Reveal Robbery Discovered by Authorities Two Months Ago ----Worldwide Search On

### Believe Rare Documents Taken Between 1937 and 1945 From Among Exhibits

The fantastic theft of scores of rare documents, including letters written and signed by George Washington, Paul Revere, Benjamin Franklin, Benedict Arnold and Peter Stuyvesant, from the closely guarded archives of the State House was revealed last night.

At the same time it was revealed that an undisclosed number of rare books and manuscripts, valued at thousands of dollars, have also been stolen from the Widener Library at Harvard University, all believed taken by the same man.

An international search for many of the stolen documents which also include rare manuscripts with autographs of signers of the Declaration of Independence and other historical documents has been going on secretly for two months under the direction of Attorney General Francis E. Kelly.

## 26 SAVED FROM LOST NAVY SHIP

### Hunt Remaining 14 of Tender Which Blew Up

**SIGHT TENDER AFTER RESCUE OF 26 MEN**

PEARL HARBOR, March 17 (AP)—Shortly after a rescue ship

MARCH 18, 1950

# Historic Papers of Bay State Stolen

**Continued From First Page**

Discovery of the thefts of the exhibits, the value of which cannot be estimated in dollars and cents, came about only two months ago although the documents were removed from the archives between 1937 and 1945.

A former trusted employee in the office of former Secretary of State Frederic W. Cook has already been interrogated by State Detective Michael Cullinan, who has been carrying on the investigation with James J. Kelleher, an investigator attached to Attorney General Kelley's office.

The thefts from the Widener Library, according to the investigators, came to light during the investigation of the theft from the State House archives. They were uncovered when State Detective Cullinan interrogated the former Secretary of State Department employee.

**Year Ago**

Actually the first hint of wholesale thefts from the archives was given to Secretary of State Edward J. Cronin a year ago when officials of the Widener Library, at Harvard, were offered an original letter from Peter Stuyvesant to Governor Shirley.

Aware the only original Stuyvesant letters were supposedly in the State House archives, the Houghton official contacted Secretary of State Cronin and an immediate check was made. It was discovered the Stuyvesant letter had been carefully removed from the files and even the card index had been slipped out of the files.

**Nothing Done Then**

Nothing was done about the incident, because the letter was quickly returned by a New York dealer in rare manuscripts when he was convinced the letter in his possession had been stolen. He had carried on his negotiations with the Harvard Library officials in good faith and in a strictly honest manner.

Apparently no further move was made to determine whether any other important letters or documents were missing at that time.

**Sent to Hub Man**

The theft of the many other documents did not come to light until another attempt was made to sell another rare document, a broadside by the Earl of Sterling, to a Boston man whose identity Kelleher would not divulge last night.

Through a coincidence, only a few days before the attempt was made to sell the Earl of Sterling broadside the person to whom it was offered had read, in a book on rare manuscripts, the only Earl of Sterling broadside in existence was in the State House. It was offered to him by the former State House employee.

Realizing the possibility it was a stolen piece, the purchaser took it for an insignificant sum and promptly went to Kelleher with the document.

The person who allegedly stole the document insisted it was not taken from the State House and explained he had come into possession of one not known to have been in existence.

The document, however, was turned over to State police chemist, Joseph Walker, and through the use of an ultra-violet ray camera it was definitely established it was the original and had been stolen.

**Partial Check Made**

Acting on the report of the State police chemist, Attorney General Kelly summoned Secretary of State Cronin and a partial check of missing documents was made. According to Kelleher, a complete check to determine how many more documents and articles are missing cannot be made because of lack of help to carry out a complete check.

### SAYS CUSTODIANS IN STATE "CARELESS"

CHICAGO, March 17—Ralph Newman of the Abraham Lincoln Bookshop, a leading Chicago dealer in historical documents, told reporters, in connection with the theft of the Massachusetts documents, that the "theft shows that the custodians of the Massachusetts archives certainly have been careless."

Heights might be "quite valuable" if it contained military information. He said he would not place a value on any of the papers without seeing them.

When the enormity of the thefts was brought to light, Secretary of State Cronin directed the archivist, James F. Kane, to take steps to prevent any possible chance of future thefts from the archives.

**Working on System**

Kane is still working out a new system he says will be theft-proof, which includes the micro filming of every document.

State Librarian Dennis A. Dooley said State officials have been concerned for a long period of time about the condition of the State archives. He said that less than a month ago he spoke before a joint committee on a bill to improve conditions in the archives.

All these rare papers, he said, are kept in two rooms and these rooms are inadequate. He said everything is so constructed and arranged it is impossible to take the necessary precautions to properly guard these papers.

William Jackson, head of the Houghton Library and a rare book expert, was called, with Professor Metcalff and State Librarian Dooley, into conference by Secretary Cronin and it was a result of this conference the micro filming of all documents was ordered.

**Thefts From Library**

A high official of the Harvard Library system, who asked he not be identified, admitted there have been a large number of thefts from the Widener Library. He said it cannot be determined yet just what rare volumes were missing, but he said they were extremely valuable.

He said the thefts from Widener Library began about two years ago and that some of them were definitely committed by the former State House archives employee.



## Stolen Documents

Listed among the 43 priceless historical documents which were stolen and for which the nationwide search has been launched are the following:

Letter from Colonel Peter Schuyler to Colonel Samuel Partridge relative to the daughter of the Rev. Williams of Deerfield, a captive among the Indians in Canada, dated Albany, Feb. 18, 1706-07.

Letter from Colonel Peter Schuyler to Colonel Samuel Partridge stating that the Canada Indians were on their way to attack New England settlements, dated Albany, Aug. 11, 1707.

Letter from Colonel Peter Schuyler to Colonel Samuel Partridge enclosing account of Captain Jonas Dow for entertainment and care of a French prisoner, dated Albany, Aug. 29, 1720.

Reconnaissance of Crown Point by R. Rogers, Israel Putnam and Jonathan Butterfield, dated Oct. 14, 1775.

Letter from Robert Roger to Governor Shirley, dated July, 1765.

R. R. report of information of enemy's movements furnished by a prisoner, dated July 16, 1756.

Letter from Benjamin Franklin to Thomas Cushing, dated London, Dec. 24, 1770.

Letter from Benjamin Franklin to Thomas Cushing, dated London, Jan. 13, 1772.

Letter from Benjamin Franklin to Thomas Cushing, speaker, dated London, Feb. 15, 1774.

Letter from Colonel Benedict Arnold (wounded and in hospital at Quebec and written while his army was fighting) to General Wooster, dated Dec. 31, 1775.

Printed resolve of Continental Congress of instructions to officers, dated Jan. 17, 1776.

Letter of George Washington relative to the manner in which the inhabitants are coming out of Boston. Dated July 29, 1775.

Letter to Dr. Church from Elbridge Gerry relative to sending supplies for the army and workmen for Colonel Gridley. Dated July, 1775.

Letter to B. Greenleaf and others from General Washington transmitting his instructions from the Continental Congress. Aug. 4, 1775.

Letter to Colonel Joseph Palmer from John Adams relative to the sending of reports of committees and accounts and vouchers of the expenses incurred.

Deposition of John Cochran, formerly seaman on a British man of war, relative to Captain Perkins' dealings with the British. April 12, 1776.

ventioneers to be brought to Boston, dated Providence, May 4, 1779.

Letter from General Horatio Gates to Jeremiah Powell. (Expects total expulsion of enemy), dated Sept. 6, 1779.

John Proud's letter re the French fleet (43 ships).

Letter from George Washington to the council dated May 24, 1779, re courts martial of Lieutenant Colonels Mason and Smith.

Letter from George Washington to the council dated Sept. 7, 1779, states that he forwarded the packet for the President of Congress and thanks them for their congratulations upon our late success.

Letter from George Washington to the council dated June 2, 1780, re additional militia and supplies for the army.

Letter from Von Steuben to council dated July 27, 1780, states that army from France has arrived.

Letter from George Washington to James Bowdoin dated Aug. 8, 1780, on return of British force to New York and probable order of DeRochambeau of three months militia to North River, powder from French admiral, etc.

Letter from George Washington (signed) to Governor Hancock requesting clothing for the troops dated Nov. 10, 1780.

Letter from George Washington to Governor Hancock dated June 4, 1781, asks for 500 troops from Massachusetts.

Letter from George Washington to General Heath dated June 8, 1781. Plan of campaign settled, army needs rum, clothing, etc.

* * *

Letter of George Washington to Governor Hancock dated Aug. 10, 1782, introducing General deChoisey designated commander of proposed expedition to the Penobscott.

Letter of George Washington to Governor Hancock expressing disapproval of Penobscott expedition, dated Aug. 10, 1782.

Letter to the Council from General Washington relative to his plans for fortifying Dorchester Heights. Feb. 26, 1776.

Letter from General Horatio Gates to Major Hawley relative to the inoculation of the militia, dated Ticonderoga, Aug. 10, 1776.

Letter from Mosheck Weare to James Bowdoin in reply to his letters of Aug. 16 and Aug. 17, 1776, dated Hampton Falls, Aug. 18, 1776.

Letter from General Washington to the committee of safety relative to the employment of Richard Carpenter by Massachusetts, dated Morristown, Jan. 24, 1777.

Copy of a letter from Colonel Anthony Wayne to ———— asking that reinforcements be sent him, dated Ticonderoga, April 23, 1777.

Letter from General Washington to the Honorable James Bowdoin, relative to the movements of General Howe, dated Morristown, July 7, 1777.

Letter from General Washington to the president of the council relative to the destination of the Massachusetts troop, dated Headquarters, Aug. 2, 1778.

Letter from General Washington to the president of the council relative to the movements of General Howe's fleet, dated Germantown, Aug. 10, 1777.

Letter from General Washington to the president of the council relative to the British prisoners of war, dated Camp at White Marsh, Nov. 5, 1777.

Letter from Count D'Estaing dated Sept. 19, 1778, on Sauveur's death.

Letter in French from Count D'Estaing, Oct. 23, 1778.

Lafayette to the council, Jan. 6, 1779.

Letter of Robert Rogers to Captain Isaac Mann inviting Canadian enlistments into H. M. service, May 30, 1779.

Letter from Paul Revere to the council asking that an artillery officer be appointed president of his court martial, Sept. 9, 1779.

Letter from General Horatio

# DOCUMENTS LOOTER MAY ESCAPE JAIL

## Legislation Pushed To Safeguard State Historical Papers

By STANLEY EAMES

A 45-year-old Cambridge man who has admitted systematic, long-term looting of historical treasures from State House archives will be arrested early this week—but he may never serve a jail term.

### Known Since 1945

Unless prosecutors can prove his thefts of nearly 50 letters written by such famed Americans as George Washington, Benjamin Franklin, Paul Revere, John Adams and Benedict Arnold occurred within the last six years, he will be protected by the statute of limitations.

As state police and the attorney-general's office mapped plans yesterday to recover such documents as they could, The Herald learned:

That some of the thefts had been known by officials of the secretary of state's office since 1945, but that no action was taken until an alert Harvard librarian discovered the theft and notified authorities.

That state police have recovered signatures the literary kleptomaniac had clipped from the bottoms of several irreplaceable letters, and that the bodies of the missives have been thrown away.

That the office of the secretary of state unofficially has asked State Public Safety Commr. John F. Stokes for year-around state police protection since the thefts were reported to authorities, and that the request will be made officially tomorrow.

(Continued on Page Fifty)

---

## Archives Thief May Go Free

(Continued from First Page)

### TO ASK LEGISLATION

Meanwhile, James Kane, state archivist, disclosed last night that a second attempt will be made to obtain legislation establishing a commission to study the preservation, housing and protection of the nation's finest collection of historical documents.

A bill was introduced this year asking that a commission be set up, with a view to erecting a new building to keep the ancient records which tell of the nation's earliest history, but the legislative committee on state administration has reported adversely on it.

In the light of the present situation, Kane said, another try will be made. He admitted that the custody of state archives is "disgraceful," but disclaimed responsibility for it because of his brief tenure.

One of the nation's top librarians last night disclosed that restoring the documents to good condition would cost a minimum of $100,000. This was laid in part to the fact that state workers have used transparent tape to anchor the documents to book-pages and have let the records deteriorate generally. Such damage costs thousands of dollars to undo, he said.

### HOUSED IN FIRETRAP

In addition, it was charged, the records are housed in a firetrap, there is little provision for exhibition or protection and almost no method of separating readers and staff members.

William J. Sullivan of North Reading, archivist displaced by Kane when Edward J. Cronin replaced Frederic Cook as state secretary, said he had known since 1945 that valuable old documents were missing from the files. He did not report it to Cook, he said, "because I thought there was nothing to be gained."

The man who has admitted the thefts came to the secretary's office in 1938 as a cataloguer, which put him in an excellent position to steal documents without immediate detection. A decade ago booksellers dealing in old material knew he was a compulsive thief but he retained his state job, which he is said to have won on a civil service examination, until his resignation in 1945.

Of the 300-odd volumes of documents dating to the 1600's with which he worked, only 50 have been fully catalogued so the extent of the thefts cannot be determined "without a tremendous amount of work," Sullivan said.

The thefts were uncovered months ago—but hushed up by the state government—when William A. Jackson, assistant librarian of Harvard University, was offered a Peter Stuyvesant letter for $800 by a New York dealer.

He realized it was a state record, and notified authorities who traced the original sale—for $75—to the Cambridge man. The top price the thief ever received for any document, some of them immensely valuable as collector's items, was said to be $100.

A pathetic picture of the character of the thief emerged yesterday as state investigators told his story.

He lives alone in a cluttered, book-littered apartment in a six-family Porter square house. For years, he has been unable to restrain himself from stealing and selling rare books and papers, although he takes nothing else.

He is neurotic, but not committably so, according to investigators. Even police, notably hard shelled about thieves, feel sorry for him. So did Jackson, who occasionally purchased books Harvard University keep him honest." The man also stole from Harvard's Widener Library, which has open stacks, but his thefts totaled less than $100 there, it was learned.

In recent years his major income has come from the sale of books and papers of historical interest. He has ranged as far as Battle Creek, Mich., "buying" and selling such items.

He dictated a statement, in Kane's presence, admitting dealings in stolen documents with people identified only as Forest Sweet, Bloomfield and Miss Benjamin. Investigators were trying to locate them.

They said he was "terribly troubled" at what he had done, and that since his thefts had been found out he had gone to a clergyman for advice.

"He doesn't really know just how much he took or what he did with some of it," one said. "He's badly confused."

It seems probable, in view of his mental condition, that many of the purloined letters are lost to Massachusetts forever, officials said.



# Archives Theft Arrest Is Made

## Cambridge Man, Ex-Employe Seized In Larceny of Historic Documents

*Traveler 3/20/50*

Harold E. Perry, 45, of Upland road, Cambridge, was arrested today on a charge of larceny in connection with the pilfering of priceless historic documents from Massachusetts archives at the State House.

THE ARREST brought Perry's name into the investigation for the first time. Detectives said he was the former archives employe who had been questioned several times recently as to what had become of missing papers, including letters which bore the handwriting of such important early Americans as George Washington, Benjamin Franklin and Paul Revere.

Perry was arrested by Detective Inspector Michael J. Cullinane of the state police, and taken to state police headquarters to be fingerprinted and photographed.

THE ARREST was made by a Boston municipal court warrant which charged him with larceny to the value of more than $100—a felony.

Perry, considered an authority on such documents as have vanished from the archives, worked on the documents for several years up to [19]45, when he resigned.

HE HAS BEEN making his home, virtually as a recluse, in a second[-floor] apartment at the Upland road [d]welling in the midst of a litter of books, documents and other literature.

State police said he had been assisting in the attempts to trace the missing papers.

## Poles Confiscate Church Property

WARSAW, March 20 (AP)—Communist Poland today stripped the Roman Catholic church of all its large estates—a total of 700 square miles of farm lands, livestock and buildings.

Parliament passed unanimously a law, introduced two weeks ago by Premier Jozef Cyrankiewicz, under which the land was declared property of the state without any payment to the church or liability to the state.

At the same time, however, a church fund was established to be financed by profits from the land and state grants.

1950



HAROLD E. PERRY

# Archives Theft Arrest Is Made

### Cambridge Man In Court Today

A 45-year-old Cambridge man was arrested yesterday by state police on a charge of stealing a valuable first edition from Harvard's Widener Library and in connection with the disappearance of priceless historical documents from the State House archives.

Harold E. Perry of 18 Upland road, Cambridge, a former employe of the State Archives Division, was taken into custody by Detective Inspector Michael J. Cullinane and specifically charged with larceny of more than $100.

This charge is in connection with the theft of "Kedenus and Vanessa," a first edition by Jonathan Swift, from the Harvard library. The book, published in London in 1726, has not been found and state police said Perry could not remember where he disposed of it.

Perry will be arraigned today in East Cambridge district court in connection with the latter charge. His bail has been set at $2500 double surety. State police said they would go into Boston municipal court today to seek a warrant charging Perry with the State House thefts.

**THEFTS ADMITTED**

The story of the thefts from the state archives, which had been going on for more than five years, was made public last Friday. At that time Perry was questioned by police.

The state investigation began two months ago and revealed papers signed by Benjamin Franklin, George Washington, Benedict Arnold and Paul Revere had been stolen. Many of the documents have not been recovered.

James J. Kelleher of the attorney general's office said Perry was a recognized expert on valuable antique papers and had admitted many thefts while he was in the archives division from July 1938, to May, 1946.

State police said Perry was very co-operative in trying to help solve the tangle concerning the location of some of the documents. They said Perry admitted that he traveled as far as Chicago and New York in trying to dispose of some of the State House documents.

State police said Perry stole the book from Harvard while he was working there following his resignation from the state staff.

However, Harvard authorities said Perry had never worked at the library but held at one time a temporary permit which enabled him to browse around the storage book shelves of the library.

investigator said there are many more documents missing which have not been identified as yet.

**No Explanation Given**

When State Detective Cullinan was called into the investigation he and Kelleher contacted the former State House employee and questioned him at length. They refused to divulge what explanation the former State House employee gave about the theft and disposition of the documents.

When Kelleher was asked last night why no arrest had been made, he said the case was still under investigation. He said the person under suspicion is physically and mentally ill, and he would not venture a guess as to what action will eventually be taken in the matter.

**Sold Throughout U. S.**

Questioning of the suspect revealed the papers were scattered throughout the nation for only a fraction of their true value. The former State House employee made but a small amount of money from sale of the documents he had disposed of to the dealers, all of whom are believed to have purchased them in good faith.

When efforts to locate the documents among dealers in New England failed, Attorney General Kelley sent out letters to police departments of New York, Philadelphia and Chicago, where most of the rare book and manuscript dealers operate, asking them to be on the lookout.

**Revealed In Chicago**

It was when Chicago police officials announced they were carrying on an investigation in their city that news of the thefts came to light.

It was learned last night that the suspect, described as a person in poor financial circumstances, lives in a Cambridge lodging house near Harvard sq.

Professor Keyes Metcalf, director of the Harvard University Library, said the stolen papers would bring the thief only 10 per cent of the dealers' price.

**Seen Valuable**

He said the letter by George Washington revealing his plans for the fortification of Dorchester

# Huge Relics Haul Taken in Perry's Home

## Includes Valuable Documents, Books

(Picture Page 8)

Thousands of old handbills, historical documents and rare books and pamphlets have been seized at the home of Harold E. Perry, Upland road, Cambridge, former senior archives assistant at the State House, state police declared today.

One of the documents was a letter written by George Washington and a document by Peter Stuyvesant, valued by Perry at $10,000.

State police who went to Perry's home yesterday removed 11 boxes bulging with books believed to be of great historical import.

THE TASK OF SIFTING through the partially recovered documents will take days, according to experts.

## Literary Thefts

Traveler 3/20/50

There are more forms of wealth, and more valuable forms, than money. But there is no more valuable form than the historical, literary or artistic relic that is priceless because it is unique. Museums keep a guard commensurate with the value of their treasures. Libraries tend to be much more casual.

A person alleged to be a "literary kleptomaniac" with a criminal record for literary thefts was hired to work in the office of the former Massachusetts secretary of state. Two years or more ago he walked off with priceless relics from the state archives. The same person is alleged to have plundered the Harvard and Columbia libraries. Why, then, did Massachusetts hire him? We have thousands of citizens capable of doing the work he did who are neither kleptomaniacs nor ordinary crooks.

It has been said that such a theft cannot be compared with the one at Brink's. That is correct. You can insure money and get money back. You can't insure the unique and get it back in the form of a check. Those responsible for protecting unique treasures have a unique responsibility for keeping that trust with watchfull fidelity.

BOSTON HERALD, FRIDAY, DECEMBER 14, 1951

## Kelly Campaign Documents Missing from State Archives

(Continued from First Page)

...re still in the files and have been examined by an investigator ...tys. George A. McLaughlin and Arthur E. Whittemore, who ...nducting the pending Supreme Court inquiry said.

...as understood that all state ...ents relating to the financ... Kelly's 1950 election cam... will be subpoenaed by the ... Higgins and Flaherty have ... summonsed to appear in ... and produce records, Cro... ...id.

...erty reported to Cronin ... the documents apparently ...tolen Nov. 21 by an uniden... ...nan who signed a false name ...ddress in the receipt book ... archives office.

...told the secretary that on ...late a man entered the ar... ...office on the fourth floor of ...ate House and asked to see ...pers listing contributions to ...ndidates of both parties for ...ey general in the 1950 elec...

...papers, which are required ...filed by law, list the officers ...litical committees and the ...s of all persons who con... ...ed to the campaign funds ...er with the amount given. ...election papers are public ...ents and may be examined ...y person who asks to see ...

...herty reported to his su... ...s that the man was given ...e papers Nov. 21 after sign... ...hat was supposed to be his ...signature and address in the ...t book.

...er Flaherty had turned over ...apers of all candidates and ...ittees in the attorney gen... ...contest, he was called away ...the desk by another assist... ...nd had to leave the room to ...nother document. When he ...ned, the man was gone. In ...ing the papers for return to ...iles, he could not find the ...s filed by Kelly.

...herty immediately checked ...signature in the book so he ...l communicate with the per... ...who had examined the docu... ...s. He found the signature ...an illegible scrawl and the ...ess seemed to be "16 Baldwin ...t, Medford." A check with ...hone company and Medford ...e showed there was no such

...lar streets in Bedford and other communities but without success. Flaherty reported that he remembered the man was swarthy and kept his hat on all the time he was in the archives room. He observed this especially since most persons who enter the office remove their hats.

Boston police also were called into the case by state officials, and Archivist Flaherty visited police headquarters last night to examine photographic files in an effort to identify the man who had applied for the documents at the State House just before they disappeared. It was not known whether he was able to identify any photograph.

---

WORCESTER—Pvt. James F. Hill, 43, a member of the fire department fo reight years, died yesterday while on duty at the Beacon street station. He was a driver for District Chief Francis P. Cavanaugh. He leaves his mother and three sisters, Mrs. Margaret Wynn, Mrs. Alice Kelly and Miss Anna Hill, all of Worcester.

## State Archives Visitor Gives False Name; Papers Vanish

By EDWARD DEVIN

Election documents listing campaign expenses of Atty. Gen. Francis E. Kelly in winning the Democratic nomination in 1950 have been missing from the state archives at the State House since Nov. 21 and are believed stolen, it was learned last night.

State Police have been notified by the Secretary of State's office and an investigation is being made.

Secretary of State Edward J. Cronin learned of the missing documents only yesterday and telephoned police.

### Papers Examined by Court Investigator

The theft of the documents was reported by Richard D. Higgins of 8 Barr street, Salem, state archivist, and Leo P. Flaherty of 117 Taft street, Medford, his senior assistant and veteran employe.

At first it was reported that the missing documents were those filed by "The Committee for a Well Deserved Second Term for Francis E. KELLY," listing contributions of $34,000 toward the financing of Kelly's campaign.

Late last night, however, Secretary Cronin issued a correction and said this document had been filed by Kelly last Jan. 8 and listed no contributions and expenditures of $10,823.25 in his campaign for the Democratic nomination in 1950.

The report filed by the committee, listing contributors and amounts paid and Kelly's report of expenditures in the regular elec-

(Continued on Page Thirty)