UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LETTER FROM ALEXANDER HAMILTON<br>TO THE MARQUIS DE LAFAYETTE DATED<br>JULY 21, 1780<br>　　　　　　　　Defendant.<br>_____<br><br>ALDRICH L. BOSS, as Personal Representative for<br>the ESTATE OF STEWART R. CRANE,<br><br>and<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>acting by and through THE MASSACHUSETTS<br>ARCHIVES,<br>　　　　　　　　Claimants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 19-11121-JGD |

**THE UNITED STATES' MOTION TO STRIKE THE CLAIM
OF CLAIMANT ALDRICH L. BOSS AS PERSONAL REPRESENTATIVE FOR THE
ESTATE OF STEWART R. CRANE**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for

the District of Massachusetts, hereby moves to strike the claim of Claimant Aldrich L. Boss, as

Personal Representative for the Estate of Stewart R. Crane (the "Estate") to the letter from Alexander

Hamilton to the Marquis De Lafayette dated July 21, 1780 (the "Letter") for lack of standing, pursuant

to Supplemental Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime and Asset

Forfeiture Claims.  As grounds for this motion, the United States states that the Estate cannot have an

ownership interest in the stolen Letter because (1) it is a Massachusetts public record that only the

Commonwealth can own; and (2) one cannot maintain good title to stolen property against its true

owner.  Furthermore, the Estate's claim is barred by 18 U.S.C. § 983(d)(4) and (6), which define owner

and provide that "no person may assert an ownership interest under this subsection in contraband or

other property that it is illegal to possess," and the claim is untimely. In further support of this motion, the United States relies on its attached memorandum of law.

WHEREFORE, the United States of America respectfully requests that the Court grant the United States' motion and strike the claim of Claimant Aldrich L. Boss, as Personal Representative for the Estate of Stewart R. Crane, with prejudice.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney,

By:    */s/ Carol E. Head*
CAROL E. HEAD, BBO No. 652170
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

November 5, 2019

## Local Rule 7.1(a)(2) Certification

I, Carol E. Head, certify that on various dates I conferred with counsel for the Estate in an attempt to resolve this matter, but was unable to do so.

*/s/ Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney

Dated: November 5, 2019

## **CERTIFICATE OF SERIVCE**

I hereby certify that the foregoing document, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Carol E. Head*

CAROL E. HEAD

Assistant United States Attorney

Dated: November 5, 2019