UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>            )<br>   v.           )<br>            )<br>LETTER FROM ALEXANDER HAMILTON )<br>TO THE MARQUIS DE LAFAYETTE DATED )<br>JULY 21, 1780        )<br>        Defendant.  ) | Civil No. 19-11121-JGD |

**CROSS-MOTION TO DISMISS THE PLAINTIFF UNITED STATES OF AMERICA'S VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, DATED MAY 15, 2019**

  Claimant Aldrich L. Boss, in his capacity as Personal Representative for the Estate of Stewart R. Crane ("Claimant" or the "Estate"), by its attorneys, Fox Rothschild LLP, hereby moves to dismiss the United States of America's ("Plaintiff") Verified Complaint for Forfeiture *In Rem*, dated May 15, 2019 ("Verified Complaint"), in that, pursuant to 18 U.S.C. § 983(d), Claimant is an innocent owner of the aforesaid property described in the Verified Complaint and, as such, the property is not subject to forfeiture. Additionally, the Plaintiff's Verified Complaint is barred based upon the equitable doctrine of laches. In further support of its cross-motion, the Estate relies upon its attached memorandum of law.

WHEREFORE, the Claimant respectfully requests that this Court grant the Estate's cross-motion and dismiss the Plaintiff's Verified Complaint, with prejudice.

        Respectfully submitted,

        ALDRICH L. BOSS and
        ESTATE OF STEWART R. CRANE

        By: */s/ Ernest Edward Badway*
           Ernest Edward Badway, B.B.O. #562641
           Fox Rothschild LLP
           101 Park Avenue, Suite 1700
           New York, NY 10178
           (212) 878-7986
           ebadway@foxrothschold.com

Dated: December 19, 2019

## Local Rule 7.1(a)(2) Certification

I, Ernest Edward Badway, certify that, on various dates, I conferred with counsel for the United States of America in an attempt to resolve this matter, but was unable to do so.

        */s/ Ernest Edward Badway*
        ERNEST EDWARD BADWAY
        *Attorney for Aldrich L. Boss, and/or the Estate of Stewart R. Crane*

Dated: December 19, 2019

## **CERTIFICATE OF SERIVCE**

      I hereby certify that the foregoing Cross-Motion, was filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Ernest Edward Badway*
                                                   ERNEST EDWARD BADWAY

Dated: December 19, 2019