UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LETTER FROM ALEXANDER HAMILTON<br>TO THE MARQUIS DE LAFAYETTE DATED<br>JULY 21, 1780<br>    Defendant.<br><br>ALDRICH L. BOSS, as Personal Representative for<br>The ESTATE OF STEWART R. CRANE,<br><br>and<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>acting by and through THE MASSACHUSETTS<br>ARCHIVES,<br><br>    Claimants. | CIVIL ACTION<br>NO. 19-cv-11121-JGD |

## NOTICE OF APPEAL

Notice is hereby given that <u>Aldrich L. Boss, as Personal Representative</u>, the <u>Claimant</u> in the above-named matter, hereby appeals to the United States Court of Appeals For the First Circuit from the <u>Decision and Order</u> entered in this action on <u>October 28, 2020</u>.

Date: November 2, 2020

Respectfully submitted,

_(signature)_
Print name & address:
Ernest Edward Badway, Esq.
Fox Rothschld LLP
101 Park Avenue
New York, NY 10178

## Certificate of Service

I, <u>Ernest Edward Badway</u>, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to <u>AUSA Carol E. Head</u> (recipient), at <u>U.S. Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Boston, MA 02210</u> (address) on <u>November 2, 2020</u> (date).

Date: November 2, 2020

(Signature)
Print Name: Ernest Edward Badway

I, <u>Ernest Edward Badway</u>, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to <u>Adam Hornstine, Asst. Attorney General</u> (recipient), at <u>Office of Attorney General Maura Healey, One Ashburton Place, Boston, MA 02108</u> (address) on <u>November 2, 2020</u> (date).

Date: November 2, 2020

(Signature)
Print Name: Ernest Edward Badway