# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 12, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re: Aldrich L. Boss, as Personal Representative of the Estate of
           Stewart R. Crane
           v. United States, et al.
           No. 21-990
           (Your No. 20-2061)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 3, 2022 and placed on the docket January 12, 2022 as No. 21-990.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Jacob A. Levitan
                            Case Analyst